IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**AFFIDAVIT IN SUPPORT OF**
**A CRIMINAL COMPLAINT**

I, Daniel Blount, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint as to Katherine Grace JOINER and Ethan BASSETT for violations of Title 18, United States Code, Sections 2 & 875(c).

2. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request and execute arrest warrants and search warrants under the authority of the United States. I am employed as a Special Agent with the Federal Bureau of Investigation (FBI), presently assigned to the FBI Jackson Field Office. I have been so employed for approximately twenty-three years. As a Special Agent, I have the responsibility of working threats of violence, to include Title 18, United States Code Section 875(c) (threatening communications in interstate commerce).

3. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with other agents of the Federal Bureau of Investigation and other law enforcement; from my discussions with witnesses involved in the investigation; and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another agent, law enforcement officer or witness who may have had knowledge of that statement and to whom I, or others have spoken or whose reports I have read and reviewed. Such statements are among many statements

made by others and are stated in substance and in part, unless otherwise indicated. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included details of every aspect of the investigation. Facts not set forth herein are not being relied on in reaching my conclusion that the requested complaint should be issued. Nor do I request that this Court rely on any facts not set forth herein in reviewing this application.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that Katherine Grace JOINER and Ethan BASSETT have committed federal offenses, specifically aiding and abetting transmitting threatening communications in interstate commerce (18 U.S.C. § 875(c) and 18 U.S.C. § 2).

## FACTS AND CIRCUMSTANCES

5. On May 18, 2026, the FBI in Birmingham, Alabama became aware of concerning Instagram messages between two users: "kissmyxm15" and "ethanb.bps." The FBI immediately sent an emergency disclosure request to Meta, Inc., the parent company of Instagram. The details that are described in this affidavit are derived from Meta's response to the emergency disclosure request.

6. As explained in further detail below, the user "kissmyxm15" has been identified as Katherine Grace JOINER and the user "ethanb.bps" has been identified as Ethan BASSETT.

7. In February through May 2026, an individual using the online Instagram handle "kissmyxm15" shared various media referencing and celebrating the true crime community ("tcc"), and idolization of real-world violent crimes such as the Columbine High School shooting, the Sandy Hook Elementary School shooting (including references to the perpetrator, Adam Lanza), and the Isla Vista shooting (including references to the perpetrator, Elliot Rodger).

8. On February 12, 2026, an individual using the online Instagram handle "kissmyxm15" shared an image depicting security camera footage resembling the appearance of a school setting and made reference to "tcc" as shown below:




9. On April 21, 2026, an individual using the online Instagram handle "kissmyxm15" shared an image stating "We Are Right as Rain" and made reference to Columbine and "tcc," as shown below:

kissmyxm15 (70529480623) - April 21 2026 02:04:59 am UTC
someone kill me oh and also merry columbine to tcc let's have a birthday party with party hats and other party stuff
*kissmyxm15 sent an image (ID 3879873575029503837)*




10. On April 22, 2026, an individual using the online Instagram handle "kissmyxm15" shared an image depicting an individual with a gun and referenced the true crime community and Adam Lanza, the perpetrator of the Sandy Hook Elementary School shooting, as shown below:

kissmyxm15 (70529480623) - April 22 2026 09:43:14 pm UTC
happy birthday adam ó ^ ò .... #truecrimecommunity #tcc #adamlanza #birthday
*kissmyxm15 sent an image (ID 3881191289576654798)*



11. On May 9, 2026, an individual using the online Instagram handle "kissmyxm15" shared an image depicting Elliot Rodger, the mass murderer who perpetrated the 2014 Isla Vista attacks, as shown below:




12. In May 2026, an individual using the online Instagram handle "kissmyxm15" participated in an Instagram online group chat with an individual using the online Instagram handle "Ethanb.bps." The text labeled "Body" is the actual message.

13. On May 12, 2026, kissmyxm15 and ethanb.bps instant messaged on Instagram, with ethanb.bps sharing images of the following assault rifle and ammunition:

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:00:49 UTC |
| **Body** | i also want to show you my ar i bought |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:01:09 UTC |
| **Body** | Ethan sent a photo. |



**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 01:01:14 UTC

**Body** Ethan sent a photo.



**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:02:44 UTC

**Body** ohwow

14. Based on my knowledge of this investigation, this is a picture of an actual assault rifle that is owned by brother of Ethan BASSETT the user of "ethanb.bps."

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 01:04:27 UTC

| | |
|---|---|
| **Body** | i don't know what to say |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:05:41 UTC |
| **Body** | don't have to say anything i did it because you deserve it |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:06:21 UTC |
| **Body** | when i said id do anything you need to know I would |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:06:44 UTC |
| **Body** | anything for someone who treated me like a human |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:08:12 UTC |
| **Body** | kat you know id do anything you asked right |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 01:08:40 UTC |
| **Body** | I don't know |

15. That same day, on May 12, 2026, kissmyxm15 and ethanb.bps instant messaged on Instagram discussing infliction of physical harm to themselves ("kms" is a reference to "kill myself"), the status of their relationship, their individual struggles and desire to inflict harm to themselves, including the following:

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 01:52:15 UTC |
| **Body** | once I get the courage I'm going to kms and I hope it's soon |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:54:43 UTC |
| **Body** | you'd know i'd join you |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 01:57:57 UTC |
| **Body** | no you wouldn't |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 01:58:15 UTC |
| **Body** | I don't think you'd really do it |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 01:59:30 UTC |
| **Body** | Why do you think I bought such a nice gun i want to go out pretty |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:00:09 UTC |
| **Body** | taking my own life is something that sits on my brain just haven't been pushed far enough to do it |

16. That same day, on May 12, 2026, kissmyxm15 and ethanb.bps instant messaged on Instagram regarding their intent to harm themselves and others, including a possible school shooting:

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:00:33 UTC |
| **Body** | killing also sits if i could get away with it |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:00:58 UTC |
| **Body** | my dad has a lot of guns downstairs we could meet up and do something |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:01:32 UTC |
| **Body** | what's your plans |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:01:44 UTC |
| **Body** | or anything you've thought of and haven't said |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:04:05 UTC |
| **Body** | I haven't really made a plan but killing people and then myself has been on my mind for a while I wouldn't mind doing it with you. a while ago I wanted to break into my elementary school but abby came to my mind and I couldn't do something like that to her. so my high school came to mind but id meet up with you and we could have some fun somewhere maybe somewhere small with low to no security. we need time. a lot. |

17. Based on my knowledge of this investigation, the reference to "abby" by kissmyxm15 is a young family member of kissmyxm15 who attends an elementary school in North Alabama.

The reference to "somewhere small with low to no security" is a school or other public venue with minimal police presence or security. The conversation continues:

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:04:47 UTC |
| **Body** | we need a few days |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:05:01 UTC |
| **Body** | somewhere to practice and plan |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:05:16 UTC |
| **Body** | we can't just jump in with nothing you know |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:05:45 UTC |
| **Body** | no i fully agree but i thought you would have targets in mind not just anyone |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:06:07 UTC |
| **Body** | kinda like i was planning if you got with anyone else to make a move on you |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:06:44 UTC |

**Body** i wasn't ever joking about a knife fight between me and you i still think you'd win though

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:07:09 UTC

**Body** you've always been into this stuff more than me but i'm honestly your follower

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:08:00 UTC

**Body** nothing you want to do before you die?

**Author** kissmyxm15 (Instagram: 70529480623)

**Sent** 2026-05-12 02:09:16 UTC

**Body** I don't think so maybe get chocolate mint ice cream

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:09:31 UTC

**Body** Reacted [heart emoji] to your message !

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:10:23 UTC

**Body** Your adorable yeah sounds great !

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:10:50 UTC

**Body** that's so hot i didn't think your murderous intentions were this high [unreadable script or emoji]

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:12:04 UTC |
| **Body** | well bc if I told anyone id probably get put on a watchlist or something before I could even do anything |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:12:20 UTC |
| **Body** | I'm probably already on one rn with the government on my phone |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:12:36 UTC |
| **Body** | You probably already knowing the government yeah what |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:13:40 UTC |
| **Body** | kat would you ever want to hurt me |

18. The chat is lengthy and contiunues in a discussion of hurting themselves and others and also their romantic feelings for each other. The discussion picks up again as follows:

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:26:36 UTC |
| **Body** | i'm doing everything we talked about |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:27:16 UTC |
| **Body** | I just dont want you to have so much fun that you don't want to go thru with what we plan |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:28:11 UTC |
| **Body** | if i did to the point of you being miserable and not able to move i've succeeded i'd be happy if you were |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:28:37 UTC |
| **Body** | after my life would be yours to take since i just did that to you and id take yours at the same time |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:28:51 UTC |
| **Body** | after doing whatever you wanted to do |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:29:22 UTC |
| **Body** | i worship you |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:29:44 UTC |
| **Body** | even after you've tried getting away from me i still do because i still feel connected |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:31:12 UTC |
| **Body** | you could be the jane to my jeff |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:32:02 UTC |
| **Body** | |



| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:32:51 UTC |
| **Body** | loved movie star planet |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:33:17 UTC |
| **Body** | I'm serious about this I hope you know I'm not being edgy or something stupid. I've been wanting to do something like this but I'm too much of a coward. now that you're here I feel better |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:33:59 UTC |
| **Body** | Never hesitate or be scared to do something especially things you've always wanted to |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:34:08 UTC |
| **Body** | it was going to be it for me if you didn't work |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:34:11 UTC |
| **Body** | i told you that |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:34:37 UTC |
| **Body** | if me coming out to you about how i really am didn't help |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:34:41 UTC |
| **Body** | that was it for me |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:35:05 UTC |
| **Body** | didn't spend 1,200 on a gun for nothing |

| | |
|---|---|
| **Author** | ethanb.bps (Instagram: 22247011286) |
| **Sent** | 2026-05-12 02:35:42 UTC |
| **Body** | it was either that or suffer |

| | |
|---|---|
| **Author** | kissmyxm15 (Instagram: 70529480623) |
| **Sent** | 2026-05-12 02:38:47 UTC |
| **Body** | it kinda hurts that I'm gonna seem like a monster to my family. and my mom. she's been getting better for me and now that's all gonna go down the drain for you and for us. maybe I'm an idiot but I feel like this is the right decision. I've always felt like I was meant to die this way at least killing myself |

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:39:45 UTC

**Body** that's what parents are made for they should have been that way in the start

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:40:13 UTC

**Body** and i'm not hating or being mean but it's kinda like the sad reality of today's society

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:40:22 UTC

**Body** parents don't parent anymore

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:40:27 UTC

**Body** I don't have a mom or dad

**Author** ethanb.bps (Instagram: 22247011286)

**Sent** 2026-05-12 02:40:51 UTC

**Body** if anything they made you this way and it's not your fault

19. Based on my training and experience, I know that Meta, Inc. is the parent company to well-known social media platforms such as Facebook and Instagram. Meta, Inc. has servers located in many locations outside of Mississippi. Messages through the Instagram chat function travel through the internet and messages between users in different states necessarily travel electronically in interstate commerce to satisfy the interstate commerce requirement of 18 U.S.C. 875(c).

**IDENTIFICATION OF "KISSMYXM15" AS KATHERINE GRACE JOINER**

20. Agents with the FBI confirmed that Katherine Grace JOINER is the user of the handle "kissmyxm15." Based on IP Address information and the phone number associated with the account, Agents with the FBI suspected that the user of "kissmyxm15" was Katherine Grace JOINER. On May 18, 2026, an FBI agent contacted Katherine Grace JOINER at her residence in Wilsonville, Alabama. JOINER confirmed that she was the user of the handle "kissmyxm15" and that the phone number registered to the Instagram account was her phone number. She provided consent for agents to review her Instagram account on her phone and agents confirmed that the stream of chats described in this affidavit were in fact located on her phone and her Instagram account. JOINER confirmed that she had said the more concerning chats described in this affidavit. She explained that her father did own multiple firearms and that she had access to the firearms in the basement of her home. She also confirmed that what she meant by those messages was to inflict the pain she feels on others by committing an act of violence at a school.

**IDENTIFICATION OF "ETHANB.BPS" AS ETHAN BASSETT**

21. Agents with the FBI confirmed that Ethan BASSETT is the user of the handle "ethanb.bps." Based on IP Address information and the phone number associated with the account, Agents with the FBI suspected that the user of "ethanb.bps" was Ethan BASSETT. On

May 18, 2026, local deputies with the Alcorn County Sheriff's Department contacted Ethan BASSETT at his residence in Glen, Mississippi and confirmed he was the user of the handle "ethanb.bps." On May 19, 2026, BASSETT was arrested by the Mississippi Department of Homeland Security and the Alcorn County Sheriff's Department. Upon his arrest, BASSETT stated that it was probably for the best that he was arrested and when asked why, he said because of the things he had said on Instagram.

22. Based on my training and experience and knowledge of this investigation, I submit there is probable cause to believe that the user of the screennames "kissmyxm15" and "ethanb.bps" have aided and abetted each other in the transmission of threatening communications in interstate commerce in violation of Title 18, United States Code, Sections 875(c) and 2.

**CONCLUSION**

23. Based on the aforementioned facts and circumstances, your Affiant believes that probable cause exists for the arrest of Katherine Grace JOINER and Ethan BASSETT for violations of Title 18, United States Code, Sections 875(c) and (2).

Respectfully submitted,

Daniel Blount

Daniel Blount
Special Agent
Federal Bureau of Investigation

RP Attested to me by telephone
~~Subscribed and sworn to before me~~ on May 20, 2026

UNITED STATES MAGISTRATE JUDGE