IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                          No. 3:26mJ031-RP

KATHERINE G. JOINER

### MOTION FOR DETENTION HEARING AND DETENTION OF THE DEFENDANTS

Comes now, the United States of America, by and through the United States Attorney and undersigned Assistant United States Attorney and moves this Court for detention of the defendants in this matter.

The Government requests a detention hearing and detention of the defendant under Title 18, United States Code, Section 3142 (f)(1) in that the defendant is a flight risk and a danger to the community.

As such, the Government requests that the defendants be detained until a hearing can be held on this matter.

This 20th of May 2026.                         Respectfully Submitted,

                                             SCOTT F. LEARY
                                             United States Attorney
                                             MS Bar No. 8985

                          By:     */s/ Clayton Dabbs*
                                  CLAYTON DABBS
                                  Assistant United States Attorney
                                  MS Bar No. 101537
                                  900 Jefferson Avenue
                                  Oxford, Mississippi 38655
                                  Phone: 662-234-3351