AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

United States of America
v.
Katherine G. JOINER
Ethan BASSETT

)
)
)
)
)
)

Case No. 3: 26-MJ-31-RP

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Katherine G. JOINER

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Transmitting Threatening Communications in Interstate Commerce - 18 U.S.C. 875(c)

Date: May 20, 2026

*Issuing officer's signature*

City and state:     Oxford, Mississippi

United States Magistrate Judge Leroy D. Percy
*Printed name and title*

### Return

This warrant was received on *(date)* 05/20/26 , and the person was arrested on *(date)* 05/28/26
at *(city and state)* Alabaster, AL .

Date: 05/28/26

*Arresting officer's signature*

Samuel G Ebeyer; Special Agent
*Printed name and title*
FBI