## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## NOTICE

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**                                    **CRIMINAL CASE NO.: 1:26-cr-85-JDM-DAS-1**

**KATHERINE GRACE JOINER**                                    **DEFENDANT**

TAKE NOTICE that a proceeding in this case has been **SET** for the date, time, and place set forth below:

*Place*                                    *Room No.*

**U.S. FEDERAL BUILDING**                  **Courtroom 2 via ZOOM VIDEO**
**305 MAIN STREET**
**GREENVILLE, MS   38701**

*Date and Time*

**AUGUST 13, 2026**
**3:30 P.M.**

Type of Proceeding

## ARRAIGNMENT ON INDICTMENT
## BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN

**DANIEL B. McHUGH, Clerk of Court**

By:     /s/ *Itonia R. Williams*
                Courtroom Deputy