**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDENN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO. 1:26-cr-85-JDM-DAS-1**

**KATHERINE GRACE JOINER**

### ORDER SUBSTITUTING COUNSEL

The Office of the Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Maria Liu, Esq.**, who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Maria Liu, Esq.** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Maria Liu, Esq.** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 7th day of August, 2026.

 /s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE