**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**VS.**                                                    **CRIMINAL NO. 1:26-CR-85-JDM-DAS**

**KATHERINE GRACE JOINER**

---

## ENTRY OF APPEARANCE

---

Maria Liu hereby enters her appearance as counsel of record through C.J.A. appointment for

Defendant Katherine Grace Joiner in this matter.

Respectfully submitted, this 7th day of August, 2026.

> */s/ Maria Liu*
> Maria Liu
> MS Bar No. 105881
> Collins, Liu & Associates, LLP
> 425 Magazine St, Suite 103
> Tupelo, MS  38804
> Telephone:  662-346-8662
> E-mail:  maria@nocolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all parties of record.

By: */s/ Maria Liu*