## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                    **CRIMINAL NO. 1:26CR85-JDM-DAS**

KATHERINE GRACE JOINER

---

### WAIVER OF APPEARANCE AND ENTRY OF NOT GUILTY PLEA

---

COMES NOW the defendant, Katherine Grace Joiner, by and through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 10(b), hereby waives her appearance at arraignment and enters her plea of not guilty to Count Two of the Indictment. The defendant affirms that she has received a copy of the Indictment, discussed the same with her undersigned attorney, and understands the maximum and minimum penalties.

WITNESS my signature, this __11th__ day of August, 2026.

Katherine G. Joiner
Defendant

Maria Liu, MBN 105881
Attorney for Defendant

ACCEPTED by the Court, this __12th__ day of August, 2026.

United States Magistrate