# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

UNITED STATES OF AMERICA

V.                                                     CASE NO. 1:26-CR-85-JDM-DAS

KATHERINE GRACE JOINER,
ETHAN BASSETT

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place | Room Number |
|---|---|
| **UNITED STATES FEDERAL BUILDING** | **COURTROOM 3W-THIRD FLOOR** |
| **911 JACKSON AVENUE** | |
| **OXFORD, MISSISSIPPI 38655** | |
| | **DATE AND TIME** |
| | **MONDAY, OCTOBER 5, 2026, 9:40 AM** |

**Type of Proceeding:**

**MVD/JURY TRIAL BEFORE U.S. DISTRICT JUDGE JAMES D. MAXWELL, II**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS OF COURT APPEARANCES**

DANIEL McHUGH, Clerk of Court
/s/Emma Kate Davidson
Emma Kate Davidson - Courtroom Deputy

DATE: August 13, 2026

Electronic notice only to:
Maria Liu
Michael Scott Davis
Clyde McGee, IV
U.S. Probation Service
U.S. Marshals Service

**CONTACT EMMA KATE DAVIDSON AT 662/281-3003 or by email Emma_Davidson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS.**